**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on June 6, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ALVARO SANCHEZ AVENDANO,** | : | <u>**UNDER SEAL**</u> |
| **also known as "Calvo,"** | : | |
| | : | **VIOLATIONS:** |
| **and** | : | |
| | : | **21 U.S.C. §§ 959(a), 960, and 963** |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | : | **(Conspiracy to Manufacture and** |
| | : | **Distribute Five Kilograms or More of a** |
| **Defendants.** | : | **Mixture and Substance Containing a** |
| | : | **Detectable Amount of Cocaine for** |
| | : | **Importation into the United States)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. § 853 and § 970** |

<u>**INDICTMENT**</u>

The Grand Jury charges that:

<u>**COUNT ONE**</u>

Between on or around May 2024, and the filing of this Indictment, in the United States, the country of Colombia, and elsewhere, the Defendants, **ALVARO SANCHEZ AVENDANO,** also known as "Calvo," and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, together with others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to manufacture and distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _Maricarmen Guron_
Deputy Clerk

imported into the United States from a place outside thereof, in violation of 21 U.S.C. §§ 959(a) and 960, all in violation of 21 U.S.C. § 963.

Quantity of Narcotics Involved in the Conspiracy

With respect to **ALVARO SANCHEZ AVENDANO**, also known as "Calvo," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 960(b)(1)(B)(ii).

With respect to ███████████████████████████, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 960(b)(1)(B)(ii).

> **(Conspiracy to Manufacture and Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine for Importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960(b)(1)(B)(ii), and 963)**

**FORFEITURE ALLEGATION**

The United States hereby gives notice to the Defendants that upon conviction of the offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with 21 U.S.C. §§ 853 and 970, of all property constituting or derived from any proceeds the Defendants obtained directly or indirectly as the result of this offense , and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of, this offense.

2

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

(**Criminal Forfeiture**, in violation of 21 U.S.C. §§ 853 and 970)

A TRUE BILL:

_____

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    _____

KIMBERLEY C. NIELSEN
Assistant United States Attorney
and Deputy Chief, VCNT

3